IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01002-BNB

ARTHUR J. MOORE,

    Plaintiff,

v.

MRS. DUDLEY, and
MR. CANFIELD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

In an order filed on July 31, 2008, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Plaintiff has not paid the filing fee within the time allowed and he has failed to respond in any way to the Court's July 31 order. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed to pay the filing fee.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01002-BNB

Arthur J. Moore
Prisoner No. 62184
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk